WELLS-FARGO & CO., AMERICAN EXPRESS CO., UNITED
STATE EXPRESS CO., and PACIFIC EXPRESS CO.
v. STATE.

No. 1272.    Opinion Filed April 14, 1911.

*Appeal from Corporation Commission.*

Remanded.

*Cottingham & Bledsoe,* for appellants.

*Charles West,* Atty. Gen., for appellee.

PER CURIAM.   This case presents an appeal by the above-
named express companies, the Wells Fargo, American, United
States, and the Pacific, from an order of the Corporation Com-
mission dated June 24, 1909, denying a motion for a new trial
in a proceeding brought by the state against them for the pur-
pose of establishing rates for the carriage of such commodities as
are received and handled by them.   There has been filed in this
court a motion by counsel for appellants asking that this cause
be remanded to the Corporation Commission for the reason, among
others, that:

"Since said pretended schedule of rates was promulgated the
various express companies, appellants herein, have made monthly
reports of what their earnings are and what they would have been
if the rates prescribed by the commission had been in effect; that
at the time of the trial the effect of said proposed rates was largely
a matter of estimate; that from said reports it can be definitely
ascertained just what effect said schedule of rates would have upon
the earnings of the various companies."

On this motion being presented to the court, no objection to
its allowance was raised thereto by the Attorney General, and,
deeming it meritorious, the cause is accordingly remanded to the
Corporation Commission to enable it to take into consideration such
new light as may be afforded by the reports referred to and also
such other evidence as may be necessary, and to make report
thereon within sixty days from this date.